UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL V. SLANGA, on behalf of
himself and others similarly situated,

     Plaintiff,

v.                         CASE NO. 8:17-cv-01220-MSS-TGW

LDRV HOLDINGS CORP. d/b/a
LAZY DAYS,

     Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Michael Slanga and defendant LDRV Holdings Corp. jointly provide notice to the Court that the parties have reached an agreement in principle that would resolve plaintiff's claims in this action. The parties' settlement will be memorialized in a settlement agreement, as well as a joint motion for approval of settlement agreement and for dismissal with prejudice.

In the interim, the parties respectfully request that the Court adjourn all proceedings in this action, pending the parties' drafting and execution of the settlement papers.

Dated: February 20, 2018

Respectfully submitted,

/s/ Jay P. Lechner_____
Jay P. Lechner, Esquire
Florida Bar No. 0504351
lechnerj@theFLlawfirm.com
Jason M. Melton, Esquire

/s/ Richard C. McCrea, Jr._____
Richard C. McCrea, Jr.
Florida Bar No. 351539
mccrear@gtlaw.com
GREENBERG TRAURIG, P.A.

*TPA 512413259v1*

Florida Bar No. 605034
pleadings@theFLlawfirm.com
Whittel & Melton, LLC
One Progress Plaza
200 Central Avenue, #400
St. Petersburg, FL  33701
PH:  (727) 822-1111
FAX:  (727) 898-2001
Attorneys for Plaintiff

101 E. Kennedy Boulevard
Suite 1900
Tampa, FL  33602
PH: (813) 318-5700
FAX:  (813) 318-5900
Attorney for Defendant